UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

VS.                              4:05cr305-35 SWW

WILLIAM STEVE SPANGLER                                     DEFENDANT(S)

## ORDER

The government has filed a Motion to Revoke Conditions of Pretrial Release (doc #419 ).   The motion is GRANTED.

The Clerk is directed to issue a warrant for above named defendant and deliver to the U.S. Marshal's office.

The United States Marshal or the arresting officer is directed to bring the defendant before the undersigned and a hearing will be scheduled forthwith.

IT IS SO ORDERED this  12th  day of April 2006.

                                      /s/ John F. Forster, Jr.
                                    U.S. MAGISTRATE JUDGE