UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

VS.                          4:05cr305-35   JMM

WILLIAM STEVE SPANGLER                                             DEFENDANT(S)

ORDER

On this date came on for hearing the motion of the United States Attorney to revoke bond (DE #419). On the testimony presented, it is found that the defendant has violated the Order Setting Conditions of Release by failure to follow the rules on several occasions when housed at Freedom House Facility. The defendant has, however, been free of controlled substances since commencement of his treatment, and remains so to this date.

All conditions of pretrial release presently in effect shall remain so. The motion to revoke bond is DENIED AS MOOT.

IT IS SO ORDERED this ___19th___ day of April 2006.

_____
U.S. MAGISTRATE JUDGE